**Order entered June 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00856-CV

### IN THE INTEREST OF C.S.B AND R.D.B., CHILDREN

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-15158**

## ORDER

We **GRANT** the June 23, 2015 motion of Micaela Ynostrosa, Certified Shorthand Reporter, for an extension of time to file the supplemental reporter's record containing the exhibits. The supplemental reporter's record shall be filed by **JULY 1, 2015**

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Ms. Ynostrosa, Joie River, Official Court Reporter for the 255th Judicial District Court, and all counsel of record.

/s/    ELIZABETH LANG-MIERS
        JUSTICE